UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

COURTNEY FELLER, *et al.*, )
)
*Plaintiffs,* )
) Case No. 1:13-cv-199
v. )
) Judge Mattice
KOCH FOODS, LLC, )
)
*Defendant.* )

GAIL MORGAN, *et al.*, )
)
*Plaintiffs,* )
) Case No. 1:14-cv-90
v. )
) Judge Mattice
TRAFFIC SPECIALISTS, INC., )
)
*Defendant.* )

## ORDER

On May 26, 2015, this Court received notice from Defendant Koch Foods, LLC that the parties have settled all claims in the above-captioned action. It is hereby **ORDERED** that the parties shall file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) no later than **June 26, 2015**.

The parties are **ON NOTICE** that, if no stipulation of dismissal is filed on or before the date specified in this Order, the Court will dismiss this action with prejudice pursuant to Rule 41(b) and Eastern District of Tennessee Local Rule 68.1.

**SO ORDERED** this 28th day of May, 2015.

_____/s/ Harry S. Mattice, Jr._____

HARRY S. MATTICE, JR.

UNITED STATES DISTRICT JUDGE