IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| COURTNEY FELLER, individually, and as Surviving Spouse of NICHOLAS S. FELLER, and COURTNEY FELLER, as Parent and Next Friend of S.G.F. and Q.F., <br><br> Plaintiff, <br> v. <br><br> KOCH FOODS, LLC. <br><br> Defendant. | Case No. 1:13-cv-199 <br><br> Judge Mattice |
| GAIL MORGAN, individually, and as surviving spouse of CHARLES MORGAN, a/s/o KOCH FOODS, LLC, and KOCH FOODS, LLC <br><br> Plaintiff, <br> v. <br><br> TRAFFIC SPECIALISTS, INC., <br><br> Defendant. | Case No. 1:14-cv-00090 <br><br> Judge Mattice |

## STIPULATION OF DISMISSAL

The parties, by and through their respective counsel of record, and pursuant to *Federal Rules of Civil Procedure* 41(a)(1)(A)(ii), advise the Court that the actions styled *Courtney Feller, individually, and as Surviving Spouse of Nicholas S. Feller, and Courtney Feller, as parent and next friend of S.G.F. and Q.F. v. Koch Foods, LLC*, docketed at 1:13-CV-199 and *Gail Morgan, individually, and as surviving spouse of Charles Morgan, a/s/o Koch Foods, LLC and Koch Foods, LLC v. Traffic Specialists, Inc.*, docketed at 1:14-CV-090 and recently consolidated into this case, (D.E. 64), are dismissed with prejudice as the parties have reached a compromise settlement, the settlement being approved by the Court. (D.E. 91).

This the 18th day of June, 2015.

1

**AGREED TO AND SUBMITTED BY:**

**CARR ALLISON**

By: /s/ Sean W. Martin_____
    **SEAN W. MARTIN, BPR #020870**
    Attorney for Defendant
    651 E. 4th Street, Suite 100
    Chattanooga, TN 37403
    (423) 648-9832 / (205) 822-2057 FAX
    swmartin@carrallison.com

**HOOPER, ZINN & MCNAMEE**

By: /s/ David Hooper_____
    **DAVID HOOPER, BPR #5413**
    **DAVID ZINN, BPR #2896**
    109 Westpark Drive, Suite 200
    Brentwood, TN 37027
    (615) 661-5472 / (615) 661-5473 FAX
    dhooper@hooperzinn.com / dszinn@hooperzinn.com

**ORTALE, KELLEY, HERBERT AND CRAWFORD**

By: /s/ D. Andrew Saulters_____
    **D. ANDREW SAULTERS, BPR #20275**
    Attorney for Traffic Specialists, Inc.
    330 Commerce Street, Suite 110
    Nashville, TN 37201
    (615) 256-9999

**CLIFFORD LAW OFFICES, PC**

By: /s/ Michael S. Krzak_____
    **MICHAEL S. KRZAK**
    Attorney for Courtney Feller, et al.
    120 N. LaSalle St., Suite 3100
    Chicago, IL 60602
    (312) 899-9090

**LANNOM & WILLIAMS, PLLC**

By: /s/ B. Keith Williams_____
    **B. KEITH WILLIAMS, BPR #16339**
    **JAMES R. STOCKS, BPR 25850**
    Attorney for Courtney Feller, et al.
    137 Public Square
    Lebanon, TN 37087
    (615) 444-2900